**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CHARLIE WRIGHT REIMERS,**<br><br>**Defendant.** | **CR 26-88-BLG-KSL**<br><br><br><br>**ORDER** |

Upon the United States' Unopposed Motion to Strike Offer of Proof from the Record (Doc. 20), and for good cause shown,

IT IS HEREBY ORDERED that the United States' motion (Doc. 20) to strike Doc. 18 is **GRANTED**.

The Clerk of Court is directed to strike Offer of Proof at Doc. 18, from the record.

DATED this 6th day of October, 2026.

KATHLEEN S. LANE
United States District Judge